UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CHAUNCEY THOMASSWIFT,

        Plaintiff,                          Case No. 1:16-cv-919

v.                                          Honorable Gordon J. Quist

RANDALL P. UPSHAW et al.,

                                                  **ORDER OF TRANSFER**

        Defendants.

_____/

        This is a civil rights action brought by a state prisoner. Plaintiff presently is incarcerated at the Parnall Correctional Facility in Jackson, Michigan. Plaintiff sues Attorney Randall P. Upshaw and the Law Office of Randall P. Upshaw. According to Plaintiff, the Defendants can be found in Lathrup Village, Oakland County, Michigan Plaintiff's *pro se* complaint is not a model of clarity. It is titled "Complaint for Legal Malpractice" but the allegations also reference violations of Plaintiff's constitutional rights. (ECF No. 1.)

        Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events giving rise to Plaintiff's action occurred, apparently, in Oakland County. Oakland County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). Plaintiff alleges that Defendants conduct business at an address in Oakland County. There are no allegations indicating any connection between Plaintiff's cause of action and the Western District of Michigan. In these circumstances, venue is proper only in the Eastern District. Therefore:

IT IS ORDERED that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a).  **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

IT IS SO ORDERED.


Dated:  August 16, 2016			/s/ Ray Kent
					RAY KENT
					United States Magistrate Judge