UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY THOMASSWIFT,

    Plaintiff,

v.

RANDALL P. UPSHAW and LAW OFFICE
OF RANDALL P. UPSHAW,

    Defendants.
_____/

Civil No. 2:16-cv-12996
Hon. Denise Page Hood

## JUDGMENT

This action, having come before the Court and the Court having issued an order dismissing the case this date, accordingly,

Judgment is entered against Plaintiff Chauncey Thomasswift and in favor of Defendants Randall P. Upshaw and Law Office of Randall P. Upshaw.

DAVID J. WEAVER
CLERK OF COURT

Approved:

By: s/LaShaw Saulsberry
    Deputy Clerk

*s/Denise Page Hood*
DENISE PAGE HOOD
Chief United States District Judge

DATED: August 31, 2017

Detroit, Michigan